AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Dorothy Fannin, Administrator of the
Estate of Malinda Sue Fannin,
                Plaintiff

V.

Ocean Crest Seafood, Inc. and
Bruce Hildebrandt,
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10026 WGY

TO: (Name and address of Defendant)

Ocean Crest Seafood, Inc.
88 Commercial Street
Gloucester, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Conner, Esq.
424 Adams Street
Milton, MA 02186

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

1-7-04



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                                 January 14, 2004

I hereby certify and return that on 1/13/2004 at 10:30 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Randy Potter, agent, person in charge at the time of service for Ocean Crest Seafood, Inc., 88 Commercial Street, Gloucester, MA. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

Deputy Sheriff John Pace

*John Pace*
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.