AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Dorothy Fannin, Administrator of the
Estate of Malinda Sue Fannin,
                Plaintiff

V.

Ocean Crest Seafood, Inc. and
Bruce Hildebrandt,
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10026 WGY**

TO: (Name and address of Defendant)

Bruce Hildebrandt
17 Grace Road
Woburn, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Conner, Esq.
424 Adams Street
Milton, MA 02186

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

1-7-04



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 13, 2004

I hereby certify and return that on 2/10/2004 at 11:50AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of BRUCE HILDEBRANDT., 17 GRACE Road., WOBURN, MA 01801. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($6.40) Total Charges $35.10

_____
Deputy Sheriff

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

January 14, 2004

By virtue of this writ I have made diligent search for the within-named Bruce Hilderbrandt and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. $16.00. New address is 16 Columbia Street in Gloucester, Ma.

Deputy Sheriff  John Pace

_____
Deputy Sheriff

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

January 14, 2004

By virtue of this writ I have made diligent search for the within-named Bruce Hilderbrandt and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. $10.00. Bruce is not at this address. Unable to locate.

Deputy Sheriff  John Pace

_____
Deputy Sheriff