UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION, FILE NO.: 04CV10026WGY

| | |
|---|---|
| DOROTHY FANNIN, ADMINISTRATOR OF THE ESTATE OF MALINDA SUE FANNIN, PLAINTIFF<br><br>VS.<br><br>OCEAN CREST SEAFOOD, INC. AND BRUCE HILDEBRANDT, DEFENDANTS | **PLAINTIFF'S CERTIFICATION**<br><br>**PURSUANT TO**<br><br>**LOCAL RULE 16.1** |

Plaintiff's counsel and Attorney Michael Wilson of Russell, Kentucky, who is personal counsel for the Fannin family, certify that they have conferred and that Attorney Wilson has conferred with Dorothy Fannin, Administrator of the Estate of Melinda Sue Fannin:

(a) with a view to establishing a budget for the costs of conducting the full course . . . and various alternative courses . . . of the litigation; and

(b) consider the resolution of the litigation to the use of alternative dispute resolution programs such as those outlined in LR16.4

_____
Richard J. Conner, Esq.
Counsel for the Plaintiff

_____
Michael C. Wilson, Esq.
Wilson and Pruitt
850 Diederich Blvd.
Russell, Kentucky 41169