UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV10026WGY

DOROTHY FANNIN,
ADMINISTRATOR OF THE ESTATE
OF MALINDA SUE FANNIN,
    Plaintiff

VS.

OCEAN CREST SEAFOOD, INC. AND
BRUCE HILDEBRANDT,
    Defendants

## CERTIFICATE UNDER LOCAL RULE 16.1(D)(3)

The undersigned state that they have conferred:

(a)    with a view to establishing a budget for the costs conducting the full course – and various alternative courses - of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in local Rule 16.4.

_____
D. Michael Arter
Attorney for defendants,
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110

_____
Caren Gattinella
authorized insurance representative
Travelers Insurance Company
44 Bedford Street
Middleboro, MA 02344