UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV10026WGY

DOROTHY FANNIN,
ADMINISTRATOR OF THE ESTATE
OF MALINDA SUE FANNIN,
Plaintiff

VS.

OCEAN CREST SEAFOOD, INC. and
BRUCE HILDEBRANDT,
Defendants

=========================================

## NOTICE OF CHANGE OF FIRM NAME

This is to notify the Court and all parties to the above action, that effective July 12, 2004, the law firm representing the defendant, Ocean Crest Seafood, Inc. will change its name from:

Law Office of Brian M. Cullen

To:

Law Offices of Thomas M. Niarchos

By, *(signature)*

D. Michael Arter
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO#022410

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 14, 2004.

*(signature)*
D. Michael Arter

| | **LAW OFFICES** | |
|---|---|---|
| THOMAS M. NIARCHOS | **OF** | MARIANN Z. MALAY |
| MICHAEL ARTER | | GEORGE K. MYRUS |
| BRIAN M. CULLEN | ***THOMAS M. NIARCHOS*** | FRANCES D. O'TOOLE |
| ROGER J. DONAHUE, JR. | | TERENCE P. REILLY |
| DAVID J. DONOVAN | 100 SUMMER STREET, SUITE 201 | ROBERT P. SNELL |
| JAMES A. GARRETSON | BOSTON, MA 02110 | STEVEN B. STEIN |
| J. TERENCE GILLAN | TELEPHONE   617-772-2800 | RONALD N. SULLIVAN |
| FRANCIS X. KILEY | FACSIMILE   617-772-2828 | MARIANNE SWENSON |
| JEANETTE M. LUCEY | | DWIGHT D. VALENTINE |

**PLEASE REPLY TO**
**100 SUMMER STREET**

50 STANIFORD STREET, 8TH FLOOR
BOSTON, MA 02114
TELEPHONE   617-523-2407
FACSIMILE   617-742-0607

July 15, 1004

Clerk of Civil Business
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210
ATTN: WBY

    Re:    Dorothy Fannin, Administrator of the Estate of Malinda Sue Fannin
             v. Ocean Crest Seafood, Inc. and Bruce Hildebrandt
             U.S. District Court; Civil Action No. 04CV10026WGY
             Our File No. 030310

Dear Sir/Madam:

    Enclosed please find for filing and docketing in connection with the above-captioned case:

        Notice of Change of Firm Name.

    Thank you for your assistance.

                                                  Very truly yours,

                                                     D. Michael Arter

DMA/jcv
Enclosure
cc:    Richard J. Conner, Esquire
       Caren Gattinella/C5K5277
       Len Parco

Not a Partnership or Professional Corporation
All Attorneys are Employees of St. Paul Fire & Marine Insurance Company
And The Travelers Indemnity Company and their Property Casualty Affiliates and Subsidiaries