UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION FILE NO.: 04CV10026WGY

DOROTHY FANNIN,                           )
ADMINISTRATOR OF THE ESTATE )
OF MALINDA SUE FANNIN,              )
          PLAINTIFF                              )     **STIPULATION OF DISMISSAL**
                                                        )
VS.                                                    )     **(RULE 41(a)(1)(ii))**
                                                        )
OCEAN CREST SEAFOOD, INC. AND )
BRUCE HILDEBRANDT,                  )
          DEFENDANTS                        )

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties herein have stipulated that this action on behalf of Dorothy Fannin, Administrator of the Estate of Malinda Sue Fannin, plaintiff herein, be dismissed as to the defendants, Ocean Crest Seafood, Inc. and Bruce Hildebrandt, with prejudice and without costs, all rights of appeal waived.

| The Plaintiff, | The Defendants, |
|---|---|
| Dorothy Fannin, | Ocean Crest Seafood, Inc. and |
| Administrator of the | Bruce Hildebrandt, |
| Estate of Malinda Sue Fannin, | By Their Attorney, |
| By Her Attorney, | |
| _____ | _____ |
| Richard J. Conner, Esq. | D. Michael Arter, Esq. |
| Law Offices of Richard J. Conner | Law Office of Thomas M. Niarchos |
| 424 Adams Street | 100 Summer Street - Suite 201 |
| Milton, MA 02186 | Boston, MA 02110 |
| (617) 698-6767 | (617) 772-2800 |
| BBO NO.: 094860 | BBO No.: 022410 |

Dated: 11/17/04